**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
CHRISTOPHER KANE,

                      Plaintiff,                              22 **CIVIL** 7005 (NSR)(AEK)

        -against-                                          <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                      Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 19, 2023, the Court adopts Judge Krause's the Report & Recommendation in its entirety. Accordingly, the Court GRANTS Plaintiff's motion for judgment on the pleadings, DENIES the Commissioner's cross-motion for judgment on the pleadings, and REMANDS this case to the Social Security Administration for further proceedings consistent with Judge Krause's R&R. Therefore, the case is closed.

**Dated:**  New York, New York
            September 20, 2023

                                                                        **RUBY J. KRAJICK**

                                                                          **Clerk of Court**

                                 **BY:**

                                                                           **Deputy Clerk**